MILDRED RICHMAN, Respondent, v. 347 WEST THIRTY-SIXTH STREET CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

ALBERT SALERNO, Respondent, v. JOSEPH J. MANCUSI, MADELINE V. F. MANCUSI, FRANCESCO CASSONE, as Administratrix, etc., Substituted in Place of FRANK CASSONE, Deceased, and DOMENICO GALANDRUCCIO, Appellants, and SAMUEL ZIMMERMAN, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ. On the court's own motion the decision handed down December 31, 1934 (243 App. Div. 580), is hereby amended to read as follows: Judgment in plaintiff's favor in an action upon a promissory note, contested upon the ground, so far as the indorsers are concerned, that plaintiff extended the time of payment without reserving the right of recourse against the indorsers, and order denying motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ROSE SEGAL, Appellant, v. MARIE FAJMAN, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

JESSE SHENSON, Respondent, v. I. SHAININ & COMPANY, INCORPORATED, and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ. Settle order on notice. [See ante, p. 638.]

GEORGE S. STORM, as Administrator, etc., of THOMAS S. STORM, Deceased, Respondent, v. THE NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

CATHERINE UNDERHILL and Another, as Administratrices, etc., of EDWARD UNDERHILL, Deceased, Respondents, v. THE LONG ISLAND RAILROAD COMPANY, Appellant, and Another, Defendant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

SAMUEL YANOWITZ, Respondent, v. INTERSTATE MOTOR FREIGHT SERVICE, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

OLMA J. ABRAMS, as Attorney in Fact for THERESA RUMATZ JUGO PELZEDER, Respondent, v. EARL TILLSON, Appellant.— Judgment for plaintiff in an action on a promissory note and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.